```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  S.W.,

                             Plaintiff,

         -against-

  NYC DEPARTMENT OF EDUCATION,

                             Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/15/2021

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-7418 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 23). A telephone conference will be held on **Tuesday, April 20, 2021 at 10:30 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: April 15, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge