```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

S.W.,

                                Plaintiff,

    -against-

NYC DEPARTMENT OF EDUCATION,

                              Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

20-CV-7418 (LJL)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic settlement conference in this matter is scheduled for **Monday, May 17, 2021 at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **May 10, 2021 by 5:00 p.m.**

    SO ORDERED.

Dated: April 20, 2021
       New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge